UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO.   14-20004

                              HON. JOHN CORBETT O'MEARA

v.

RISHI RAGSDALE,

        Defendant.

_____/

## STIPULATION FOR CONTINUANCE OF TRIAL DATE AND FINDING OF EXCLUDABLE DELAY

Through their respective counsel, the parties stipulate and agree to an adjournment of the trial date from September 30, 2014, to September 1, 2016.   The reasons for the delay are as follows:

- Defendant Rishi Ragsdale has been charged with Threats in Interstate Commerce, in violation of 18 U.S.C. § 875(c).

- Ragsdale has entered into a two-year term of pretrial diversion.   The terms of the pretrial diversion agreement call for dismissal of the charges should Ragsdale successfully complete the terms of the pretrial diversion agreement.

- However, should Ragsdale fail to successfully complete the terms of his pretrial diversion agreement, the agreement becomes void and the United States intends to go forward against Ragsdale with the pending charge.

**IT IS FURTHER STIPULATED** that the time period from September 30, 2014, through and including September 1, 2016, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18, United States Code, Section 3161, in consideration of other proceedings concerning the defendant under Section 3161(h)(1), specifically, that the defendant is engaged in a pretrial diversion agreement, and under Title 18, United States Code, Section 3161(h)(7)(B)(iv), that failure to grant an adjournment would deny Defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Moreover, the parties stipulate and agree that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

**IT IS SO STIPULATED**.

| | |
|---|---|
| s/Kevin M. Mulcahy | s/Douglas Mullkoff |
| Assistant U.S. Attorney | Attorney at Law |
| 211 W. Fort Street, Ste. 2001 | 402 West Liberty |
| Detroit, MI 48226 | Ann Arbor, MI 48103 |
| Kevin.mulcahy@usdoj.gov | Doug@kmhlaw.com |
| 313-226-9713 | 734-761-8585 |

October 20, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO.   14-20004

v.        HON. JOHN CORBETT O'MEARA

RISHI RAGSDALE,

        Defendant.

_____/

## ORDER FOR CONTINUANCE OF TRIAL DATE AND FINDING OF EXCLUDABLE DELAY

Upon this Court's consideration of the parties' stipulation for an adjournment, and the Court being apprised of the circumstances,

**IT IS ORDERED** that the trial date be adjourned from September 30, 2014, to September 1, 2016.

The Court finds that reasons for the delay are as follows:

- Defendant Rishi Ragsdale has been charged with Threats in Interstate Commerce, in violation of 18 U.S.C. § 875(c).

- Ragsdale has entered into a two-year term of pretrial diversion. The terms of the pretrial diversion agreement call for dismissal of the charges should Ragsdale successfully complete the terms of the pretrial diversion agreement.

- However, should Ragsdale fail to successfully complete the terms of his pretrial diversion agreement, the agreement becomes void and the United

States intends to go forward against Ragsdale with the pending charge.

**IT IS FURTHER ORDERED** that the time period from September 30, 2014, through and including September 1, 2016, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18, United States Code, Section 3161, in consideration of other proceedings concerning the defendant under Section 3161(h)(1), specifically, that the defendant is engaged in a pretrial diversion agreement, and under Title 18, United States Code, Section 3161(h)(7)(B)(iv), that failure to grant an adjournment would deny Defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Moreover, the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED**.


Date: October 21, 2014                             s/John Corbett O'Meara
                                                   United States District Judge