# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,           CRIMINAL NO. 14-20004

        Plaintiff,          HON. JOHN CORBETT O'MEARA

vs.

RISHI RAGSDALE,

        Defendant.
_____/

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America hereby moves for leave to dismiss the indictment against defendant Rishi Ragsdale. The dismissal is in the interests of justice as Mr. Ragsdale has successfully completed his two-year term of pretrial diversion.

            Respectfully submitted,

            s/ Barbara L. McQuade
            BARBARA L. MCQUADE
            United States Attorney

            s/ Kevin M. Mulcahy
            KEVIN M. MULCAHY
            Assistant United States Attorney
            211 W. Fort Street, Suite 2001
            Detroit, Michigan 48226
            (313) 226-9713
            kevin.mulcahy@usdoj.gov

       SO ORDERED.

Date: August 30, 2016             s/John Corbett O'Meara
                                               United States District Judge